UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JERQUAWNDA SHERRELL, an individual, and as parent and legal guardian of K.S., a minor, and A.S., a minor,<br><br>    Plaintiffs,<br><br>  vs.<br><br>LEGACY PARTNERS, INC., a foreign profit corporation licensed in the State of Washington; COPPER RIDGE RENTON, LLC, a foreign limited liability company; and ABC Corp, whose true identity is unknown; DEF Corp, whose true identity is unknown,<br><br>    Defendants. | NO. 2:25-CV-00459-JHC<br><br>ORDER RE: STIPULATED MOTION TO EXTEND DEADLINES |

THIS MATTER comes before the Court on the parties' Stipulated Motion to Continue Trial and Extend Deadlines.  Dkt. # 16.  Given the Court's trial calendar, the Court CONTINUES trial in this matter to **February 16, 2027**.  The Clerk is DIRECTED to issue a case scheduling order—that includes a new Expert Witness Disclosure deadline and all deadlines that follow—in accordance with the Court's standard pretrial schedule.

//

//

DATED this 24th day of February 2026.

_____
John H. Chun
United States District Judge