UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JERQUAWNDA SHERRELL, an individual, and as parent and legal guardian of K.S., a minor, and A.S., a minor,<br>Plaintiffs,<br>v.<br>LEGACY PARTNERS, INC., a foreign profit corporation licensed in the State of Washington; COPPER RIDGE RENTON, LLC, a foreign limited liability company; and ABC CORP, whose true identity is unknown, DEF CORP, whose true identity is unknown,<br>Defendants. | Case No.: 25-cv-00459-JHC<br><br>ORDER GRANTING COPPER RIDGE RENTON'S MOTION FOR RELIEF FROM DEADLINE |

THIS MATTER comes before the Court on Defendant Copper Ridge Renton, LLC's Motion for Relief from Deadline. Dkt. 23. Copper Ridge Renton requests the Court allow its motion for summary judgment (Dkt 24) to be heard, despite it being filed after the court ordered deadline for filing a motion for summary judgment. No party filed a response to Copper Ridge Renton's motion.

Having considered the motion, the Court rules as follows:

1. Copper Ridge Renton's Motion is GRANTED. Copper Ridge Renton's motion for summary judgment (Dkt # 24) will be considered by the Court despite it being filed after the deadline for filing the motion.

2. Copper Ridge Renton noted its motion for summary judgment for December 3, 2026. If any party needs additional time to prepare a response to the motion, the Court will entertain a motion to extend the hearing date to accommodate.

DATED this 19th day of November 2026.

John H. Chun
John H. Chun
United States District Judge